ord022 (12/09)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

In Re:

**Paul Mathias Pladera**  Case No.: **10–00992**

Debtor(s).  Chapter: **7**

SSN of Debtor: xxx–xx–9213

SSN of Joint Debtor:

### ORDER CONVERTING CHAPTER 13 CASE TO CHAPTER 7 CASE

The debtor has filed a notice of conversion under 11 U.S.C. § 1307(a) or the court has found cause, as stated on the record in open court pursuant to Fed. R. Bankr. P. 7052, to convert this case under 11 U.S.C.§1307(b).

**IT IS HEREBY ORDERED:**

1. This case is converted to a case under chapter 7 of the Bankruptcy Code.

2. Within 14 days after the date of entry of this order, the debtor(s) must file:
   a. The schedules and statements required by 11 U.S.C. § 521(a)(1) and Fed. R. Bankr. P. 1019(1)(A), if such documents have not been filed previously;
   b. If conversion occurs prior to confirmation of a plan, a schedule of unpaid debts incurred after the filing of the petition and before conversion of the case, including the name and address of each holder of a claim, together with a supplemental creditor matrix with each additional creditor's name and address; and
   c. If this case commenced on or after October 17, 2005, Official Form B22A (Statement of Current Monthly Income and Means Test Calculation).

3. If a statement of intention is required in this case, the debtor must file Official Form 8 (Chapter 7 Individual Debtor's Statement of Intention) within 30 days after the date of entry of this order or before the first date set for the meeting of creditors, whichever is earlier.

4. If the court has confirmed a plan in this case, the debtor(s) must file:
   a. Within 14 days after the date of filing of the chapter 13 trustee's final report and account, a schedule of unpaid debts not listed in the final report and account incurred after confirmation but before conversion, together with a supplemental creditor matrix with each additional creditor's name and address; and
   b. A schedule of executory contracts and unexpired leases entered into or assumed after the filing of the petition but before conversion.

5. Any order to Employer to Pay Funds to Trustee in this case is hereby VACATED.

6. Upon request by the chapter 7 trustee, the chapter 13 trustee shall turn over to the chapter 7 trustee all records and property of the estate in the chapter 13 trustee's possession and control, except for plan payments which may be distributed in accordance with the court's Chapter 13 Procedures.

NOTICE IS HEREBY GIVEN: Failure to comply with the filing requirements in paragraphs 2 – 4 may result in dismissal of the case without further notice or a hearing. Further, the dismissal order may bar the debtor(s) from filing a subsequent petition for 180 days after the order date.

**Date Entered: July 8, 2010**  *Robert J. Faris*
Honolulu, Hawaii  United States Bankruptcy Judge